UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 14 AM 8:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

YOFI INC., et al.,
    Plaintiffs

vs.

CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 12, 1999<br>**Docket:** #13<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** Notice of Appearance, Motion Requesting that Entry of Default be Vacated and Request for Extension of Time. | **GRANTED.** Plaintiff does not object that default against Defendants be lifted and vacated. Defendants shall answer or otherwise plead on or before **September 13, 1999**. |

Date: 9/13/99

by: [signature]
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: no    # 14