UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
SEP 20  7:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

YOFI INC., et al.,
    Plaintiffs

vs.                                    CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 14, 1999<br>**Docket:** #16<br>[ ] Plffs    [X] Defts<br>**Title:** Motion Requesting Extension of Time to Respond to Complaint. | **GRANTED IN PART.** Defendants shall answer on or before October 5, 1999. |

Date:  September 17, 1999.

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:      EOD:

By:    # 17