RECEIVED & FILED
1999 OCT 25 AM 9 20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOFI INC., et al.,
    Plaintiffs

vs.                                    CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 1, 1999<br>**Docket:** #18<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion Requesting Extension of Time to Respond to Complaint. | **GRANTED.** Defendants shall answer on or before **October 15, 1999.** |

Date: 10/20/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 21