UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 30  AM 8 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

YOFI INC., et al.,
    Plaintiffs

vs.

CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 23, 1999<br>Docket: #25<br>[ ] **Plffs**       [X] **Defts**<br>**Title:** Application for Admission to Practice *Pro Hac Vice* | Joel P. Schiff, Esq. has yet to file with the Clerk of Court its pro hac vice appearance fee. Until he does so, the Court cannot grant the instant motion. Mr. Schiff shall renew his motion after paying the fee. |

Date: 11/24/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By:       #27

3