UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV 30 PM 1:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

YOFI INC., et al.,
    Plaintiffs

vs.      CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 24, 1999<br>Docket: #24<br>[ ] Plffs      [X] Defts<br>**Title:** Defendants' Motion for Protective Order, Opposition to Plaintiff's Motion to Compel Discovery and Motion for Order Compelling Plaintiff to Appear for Deposition. | In order for the Court to rule on the motion at bar, the parties are hereby **ORDERED** to inform the Court on or before **December 3, 1999**, along with their ISC Memorandum, as to key information regarding Den Caribbean, LLC, in particular: the number of authorized and outstanding shares of stock issued by the company, the principal place of business of the company, the business in which it is engaged (e.g. "what does it manufacture, what does it sell") and where are its offices. Furthermore, the parties shall inform the Court what percentage of the shares were Plaintiffs purchasing pursuant to the stock purchase agreement. |

Date: 11/24/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: /s/      #28

by fax to:
Blanco
Sánchez
11/30/99

3