UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -6 AM 8 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

YOFI INC., et al.,
    Plaintiffs

vs.

CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 29, 1999<br>Docket: #26<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion in Compliance With Notice to Counsel and to the Public No. 97-16<br><br>Date: 12/3/99 | **GRANTED.** In view that Joel P. Schiff was complied with the requirements of the local rules regarding *pro hac vice* appearances, the Court hereby allows Mr. Schiff to appear as *pro hac vice* counsel in the present case for Defendants.<br><br>JAIME PIERAS, JR.<br>U.S. Senior District Judge |

| Rec'd: | EOD: |
|---|---|
| By: | #34 |