UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 DEC -6 AM 8 27
CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN. P R

YOFI INC., et al.,
    Plaintiffs

vs.                                                                                          CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** November 9, 1999<br>Docket: #23<br>[X] **Plffs**      [] **Defts**<br>Title: Opposition to Motion to Dismiss and Motion for Extension to File Brief in Support of Opposition. | Plaintiffs shall file their Opposition to Defendant's Motion to Dismiss on or before December 3, 1999. **(This Order also rules on Plaintiff's Motion for Additional Extension of Time filed on December 1, 1999).** |
| **Date Filed:** December 1, 1999<br>Docket: #30<br>[X] **Plffs**      [] **Defts**<br>Title: Motion in Compliance with Order. | NOTED. Plaintiffs have informed the Court the information requested pertaining to corporate information of Den Caribbean, the shares of which are the subject of the agreement referred to in the Complaint. |

Date: 12/04/99

JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #35 |