UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOFI INC., et al.,
    Plaintiffs

vs.                                                          CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| RULING |
|---|
| The deposition of Sender Shub shall be taken at the office of Defendant's attorney on December 9, 1999 at 9:00 a.m. |

Date: 12/9/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:            EOD:

By: [signature]        #40