UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOFI INC., et al.,
    Plaintiffs

vs.                                                                                                  CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 6, 1999<br>**Docket:** #39<br>[] Plffs [X] Defts [] Other<br>**Title:** Motion for Leave to Reply to Plaintiffs' Opposition to Motion to Dismiss, Transfer, or Abate.<br><br>Date: 12/27/99 | **GRANTED.** Defendants may file a reply to Plaintiffs' opposition motion. This shall be done on or before **January 12, 2000.**<br><br>JAIME PIERAS, JR.<br>U.S. Senior District Judge |

Rec'd:           EOD:

By:            #42