UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOFI INC., et al.,
    Plaintiffs

vs.

NORMAN S. PANISH, et al.,
    Defendants

CIVIL NO. 98-1751 (JP)

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** December 3, 1999<br>**Docket:** #32<br>[X] **Plffs** [ ] **Defts**<br>**Title:** Plaintiffs' Motion for Protective Order | **DENIED.** The Court has already addressed the conflict between the parties pertaining to depositions. |
| **Date Filed:** December 3, 1999<br>**Docket:** #36<br>[ ] **Plffs** [X] **Defts**<br>**Title:** Statement in Response to Order of November 24, 1999. | **NOTED.** Defendants have described the business of Den-Caribbean, LLC as well as its corporate structure. |

Date: 1/4/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #43

3