RECEIVED & FILED
'00 FEB -7 AM 8 02
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOFI INC., et al.,
    Plaintiffs

vs.                                                         CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: January 24, 2000<br>Docket: # 44<br>[] Plffs [X] Defts<br>Title: Informative Motion Concerning Proceedings in the California Court of Appeal | **NOTED.** Defendants state the Court that the appeal from the California State trial court's ruling dismissing their complaint against Yofi, Inc. and Sender Shub for lack of personal jurisdiction came on for oral argument before the California Court of Appeal on January 25, 2000 and now stands submitted. According to Defendants, the Court of Appeal agreed with Defendants that the minimum contact requirement over Yofi, Inc. and Sender Shub in California had been satisfied. The Court does not have any documents from the California Court to corroborate Defendants' allegations. Therefore, the Court hereby **ORDERS** Defendants to provide the Court with the resolutions of the California Court of Appeal within 5 days of becoming available. |

Date: 2/2/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             # 46

3