UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOFI INC., et al.,
    Plaintiffs

vs.                                                        CIVIL NO. 98-1751 (JP)

NORMAN S. PANISH, et al.,
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 14, 2000<br>**Docket:** #47<br>[ ] Plffs [X] Defts<br>**Title:** Informative Motion Submitting Decision of California Court of Appeals. | **NOTED.** Defendants have submitted the opinion and order of the Court of Appeal of the State of California. |

Date: 3/1/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:          EOD:

By:             # 49