IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YOFI, INC., et al.,                    *
                                       *
        Plaintiffs                     *
                                       *
vs.                                    *        CIVIL NO. 98-1751 (JP)
                                       *
NORMAN S. PANISH, et al.               *
                                       *
        Defendants                     *
_____*

J U D G M E N T

Pursuant to the Opinion and Order entered on this same date, the Court hereby dismisses the above captioned case without prejudice.


**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of March, 2000.


JAIME PIERAS, JR.
SENIOR U.S. DISTRICT JUDGE