IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| YOFI INC.; SENDER SHUB<br><br>    Plaintiffs<br><br>    vs.<br><br>NORMAN S. PANISH and MERLE PANISH, individually and as Trustees of the PANISH FAMILY TRUST; PANISH FAMILY TRUST<br><br>    Defendants | CIVIL NO.: 98-1751 (JP)<br><br>Action for Declaratory Judgement, Breach of Contract and Damages<br><br>Plaintiffs Demand Trial by Jury |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

COME NOW plaintiffs, Yofi Inc. and Sender Shub, represented by the undersigned attorneys and respectfully allege and pray:

Notice is hereby given that Yofi, Inc. and Sender Shub, plaintiffs in the above named case, hereby appeal to the United Sates Court of Appeals for the First Circuit, from the final Judgment dated March 23, 2000, entered on docket on March 27, 2000, by means of which the complaint was dismissed.

WHEREFORE, it is respectfully requested from this Honorable Court that the above be noted for all legal purposes.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of April, 2000.

I HEREBY CERTIFY that copy of this Notice of Appeal has been sent by ordinary mail to Luis N. Blanco Matos, Esq. P.O. Box 362677, San Juan, Puerto Rico 00936-



2677, and to Joel P. Schiff, Esq., Suite 1300, 12400 Wilshire Boulevard, Los Angeles, CA 90025-1030.

SANCHEZ BETANCES & SIFRE, P.S.C.<br>
BOLIVIA 33, SUITE 500<br>
P.O. BOX 195055<br>
SAN JUAN, PUERTO RICO  00919-5055<br>
Phone: (787) 756-7880<br>
Fax No. (787) 753-6580<br>
<br>
_____<br>
LUIS SANCHEZ BETANCES<br>
USCD No. 117410

210.254\USDC\062

2